UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE EQUAL RIGHTS CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FILENE'S BASEMENT, INC., <br><br> Defendant. | Case: 1:08-cv-02007 <br><br> Judge Emmet G. Sullivan |

### DEFENDANT FILENE'S BASEMENT, INC.'S
### REPORT ON STATUS OF BANKRUPTCY PROCEEDING

Defendant, Filene's Basement, Inc. ("Filene's"), submits this status report in response to the Court's Order of May 3, 2010.

Filene's filed a petition in the United States Bankruptcy Court for the District of Delaware for protection and relief under Chapter 11 of the United States Code, 11 U.S.C. §101, *et seq.* The case was assigned Case No. 09-11525-MFW.

On July 23, 2009, Plaintiffs filed a proof of claim in Filene's bankruptcy case. A copy of Plaintiffs' proof of claim is attached as Exhibit 1. Plaintiffs' claim in bankruptcy against Filene's was based on, and incorporated, Plaintiffs' complaint against Filene's in the action before this Court. *Id.*

On January 26, 2010, the bankruptcy court entered its Order Confirming Joint Plan of Liquidation of FB Liquidating Estate, et al., and the Official Committee of Unsecured Creditors Pursuant to Chapter 11 of the Bankruptcy Code (hereinafter referred to as the

"Order Confirming Plan of Liquidation"). A copy of the Order Confirming Plan of Liquidation is attached as Exhibit 2.

As of the effective date of the Order Confirming Plan of Liquidation, Filene's was deemed to have dissolved and terminated all of its business operations. *See* Exhibit 2 at ¶11. Furthermore, paragraph 20 of the Order Confirming Plan of Liquidation provides that:

> except as otherwise expressly provided in the Confirmation Order or the Plan, and except in connection with the enforcement of the terms of the Plan or any documents provided for or contemplated in the Plan, all entities who have held, hold or may hold Claims against or Equity Interests in the Debtors or the Estates that arose prior to the Effective Date are permanently enjoined from: (a) commencing or continuing in any manner, directly or indirectly, any action or other proceeding of any kind against the Debtors, the Estates, or any property of the Debtors or the Estates with respect to any such Claim or Equity Interest; (b) the enforcement, attachment, collection or recovery by any manner or means, directly or indirectly, of any judgment, award, decree, or order against the Debtors, the Estates, or any property of the Debtors or the Estates with respect to any such Claim or Equity Interest; (c) creating, perfecting or enforcing, directly or indirectly, any Lien or encumbrance of any kind against the Debtors, the Estates, or any property of the Debtors or the Estates with respect to any such Claim or Equity Interest; (d) asserting, directly or indirectly, any setoff, right of subrogation, or recoupment of any kind against any obligation due the Debtors, the Estates, or any property of the Debtors or the Estates with respect to any such Claim or Equity Interest; and (e) any act, in any manner, in any place whatsoever, that does not conform to or comply with the provisions of the Plan with respect to such Claim or Equity Interest. Nothing contained in this Section shall prohibit the Holder of a timely-filed Proof of Claim from litigating its right to seek to have such Claim declared an Allowed Claim and paid in accordance with the distribution provisions of this Plan, or enjoin or prohibit the interpretation or enforcement by the Claimant of any of the obligations of the Debtors under this Plan.

*Id.* at ¶20, pp. 26-27.

The undersigned is unaware of the status of Plaintiffs' claim in the bankruptcy proceeding.

Respectfully submitted,

/s/ Steven R. Becker
_____
Steven R. Becker (D.C. Bar no. 414163)
Vorys, Sater, Seymour and Pease LLP
1909 K Street, N.W.
9th Floor
Washington, D.C. 20006-1152
(202) 467-8800


Nelson D. Cary
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
(614) 464-6400

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2010, a copy of Defendant Filene's Basement, Inc.'s Report on the Status of Bankruptcy Proceeding was filed electronically. Service of this filing to all parties, including those listed below, will be accomplished by operation of the Court's ECF system and parties may access this filing through the Court's system:

Daniel T. Donovan, Esquire
Savaria B. Harris, Esquire
Crystal R. Brown, Esquire
KIRKLAND & ELLIS, LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

Elaine Gardner, Esquire
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036

_____
Steven R. Becker